FORM C9B
1BRS93093 - BUDIN, REISMAN, KUPFERBERG

UNITED STATES SOUTHERN DIST. COURT - NEW YORK COUNTY

---

JEAN-PAUL FOUCHECOURT,

      PLAINTIFF
- vs. -

METROPOLITAN OPERA ASSOCIATION, INC.
ET AL,

      DEFENDANT

---

Index No: 07 CIV 3778
Date Filed:   /   /
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**RAUL VALENTIN** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on 06/11/2007 at 02:20PM at LINCOLN CENTER LOBBY , NEW YORK, NY 10023, I served a true copy of the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **METROPOLITAN OPERA ASSOCIATION, INC.** the **DEFENDANT** therein named by delivering to, and leaving personally with **ANN HACKETT, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

    SEX: **FEMALE**    COLOR: **WHITE**    HAIR: **BROWN**
    APP. AGE: **40**    APP. HT: **5'5**    APP. WT: **160**
    OTHER IDENTIFYING FEATURES:

Sworn to before me on 06/12/2007.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

RAUL VALENTIN - 1186289
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML

**Peter Jay Associates, Inc.**
P.O. Box 11172 Franklin Square Station Syracuse, New York 13218 (315) 453-3011
A Nationwide Process Serving Agency established in 1964
Michael L. Brickman, President

~~State of New York~~  United States District Court   ~~County of Onondaga~~
~~Supreme County Court~~   Southern District of   ~~City Court of Syracuse~~, New York

Jean-Paul Fouchecourt

INDEX # 07 CV 3778
DATE OF FILING 5/14/07
PLAINTIFF/PETITIONER

VS   X   DOCUMENTS WERE ENDORSED WITH THE INDEX NO. AND DATE OF FILING

Metropolitan Opera Association, Inc et al

DEFENDANT/RESPONDENT

STATE OF NEW YORK ) SS:
COUNTY OF Onondaga )

1BR$93095

Michael Brickman, being duly sworn, deposes and says, that he served the annexed Summons and Complaint and Jury Demand in the above entitled action or proceeding upon Hartford Fire Insurance Company, the person named therein as defendant/respondent, at 300 South State Street, 7th Floor, Syracuse, N.Y. on June 6, 2007 at A.M. 11:55 TIME OF SERVICE

☐ Advanced $ _____ in witness fees.

1. **PERSONAL** — By personally delivering to and leaving with said _____ a true copy thereof, and that he knew the person so served to be the person mentioned and described in said _____

X 2. **CORP.** — By delivering to and leaving with John Montuna at 360 South State Street Syracuse, N.Y., and that he knew the person so served to be the Claim Manager of the corporation.

3. **RESP. PERSON** — Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person: By delivering a true copy thereof to and leaving with, _____ a person of suitable age and discretion at _____, N.Y.; the said premises being the defendants/respondents (dwelling place) (usual place of abode) (place of business) within the State of New York.

4. **SUB SERVICE** — By affixing a true copy thereof to the door of said premises, the same being the defendant's (dwelling place) (usual place of abode) (place of business) within the State of New York.

5. **MAIL** — Deponent completed service under the last two sections by depositing a copy of the _____ in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on _____, 20 _____.

6. **PREV. ATTEMPTS** — Deponent had previously attempted to serve the above named defendant/respondent on following dates and times on: _____ A.M. P.M.
and times on: _____ A.M. P.M.
and times on: _____ A.M. P.M.

**DESCRIPTION:** (USE WITH 1, 2 or 3)
A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:
Approximate age 33  Approximate weight 165  Approximate height 5'8"  Sex Male
Color of Skin White   Color of hair Brown   Other _____

Deponent asked the person spoken to whether the defendant was presently in the military service of the United States Government or on active duty in the military service in the State of New York and was informed he was not. Your deponent further says that he knew the person so served to be the person mentioned and described in said legal papers as defendant/respondent therein. Your deponent is over the age of 18 years and is not a party to this action.

Sworn to before me this 6th day of June, 20 07

Signature of Process Server

NOTARY PUBLIC, COUNTY OF _____
NOTARY PUBLIC REGISTRATION # _____
MY TERM EXPIRES March 30, 20 _____

NAPPS

Member National Association of Professional Process Servers