UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JEAN-PAUL FOUCHECOURT,

                        Plaintiff,

-against-

METROPOLITAN OPERA ASSOCIATION, INC.,
FRANCO ZEFFIRELLI and HARTFORD FIRE
INSURANCE COMPANY,
                        Defendants.
------------------------------------------------------------X

Civ No.: 07 CIV 3778 (DC)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/07

IT IS HEREBY STIPULATED AND AGREED that the Metropolitan Opera Association, Inc.'s time to respond to plaintiff's complaint is hereby extended up to August 2, 2007.

Dated: New York, New York
        July 2, 2007

MELITO & ADOLFSEN, P.C.

_____
Abe M. Rychik, Esq. (8618)
Andrew N. Fluger, Esq. (4246)
*Attorneys for Defendant*
*Metropolitan Opera Association, Inc.*
233 Broadway, 28th Floor
New York, New York 10279
(212) 238-8900

BUDIN, REISMAN, KUPFERBERG &
BERNSTEIN, LLP

_____
Gerard A. Connolly, Jr. Esq. (GC0247)
*Attorneys for Plaintiff*
112 Madison Avenue
New York, NY 10016
(212) 696-5500

SO-ORDERED

_____
U.S.D.J.

56620

7/9/07