CHIN, 5

07/11/2007 14:31   2128893979   B,R,K & B, LLP   PAGE 02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

JEAN-PAUL FOUCHECOURT,                    Civil Action No.: 07 Civ 3778

                Plaintiff,

    -against-                              STIPULATION EXTENDING
                                                              TIME TO ANSWER

METROPOLITAN OPERA ASSOCIATON, INC., FRANCO
ZEFFIRELLI & HARTFORD FIRE INSURANCE COMPANY,

                Defendants.
-------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/12/07

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for the defendant, HARTFORD FIRE INSURANCE COMPANY, to appear and to answer, amend or supplement the answer as of course or to make any motion with relation to the summons or to the complaint in this action, be and the same hereby is extended to and including the 2nd day of August, 2007. Defendant agrees that it will not assert a defense regarding the manner in which the Summons and Complaint were served.

Dated: Uniondale, New York
         July 6, 2007

BUDIN REISMAN KUPFERBERG                    RIVKIN RADLER LLP
& BERNSTEIN, LLP

*[signature]*                                *[signature]*

By: Gerard A. Connolly, Esq.                By: Michael A. Troisi, Esq.
Attorney for Plaintiff                      Attorneys for Defendant HARTFORD
112 Madison Avenue                          926 RexCorp Plaza
New York, New York 10016-7416               Uniondale, New York 11556-0926
(212) 896-5500                              (516) 357-3158

So Ordered:

*[signature]*

The Honorable Denny Chin

2024728 v1

7/12/07

07/06/2007 13:13   5163573333   RIVKIN 2   PAGE 03/03