# MELITO & ADOLFSEN P.C.

ATTORNEYS AT LAW

LOUIS G. ADOLFSEN
IGNATIUS JOHN MELITO
JOHN R. SOMOZA
STEVEN G. ADAMS

S. DWIGHT STEPHENS *
STEVEN I. LEWBEL *
ABE M. RYCHIK *

MICHAEL R. BAZZI *
RYAN F. BLACKMER
DAVID DEPASQUALE
ROBERT D. ELY
ANDREW N. FLUGER

RIPPI GILL
TANIA A. GONDIOSA
TERRY KRAVARIS *
MATTHEW C. MANN

WOOLWORTH BUILDING
233 BROADWAY
NEW YORK, N.Y. 10279-0118

TELEPHONE (212) 238-8900
FAX (212) 238-8999

MELITO & ADOLFSEN
ONE EXCHANGE PLACE
SUITE 1000, PMB 1001
JERSEY CITY, N.J. 07302
TEL (201) 985-0011
FAX (201) 985-5656

* NJ BAR
◊ CT BAR

September 26, 2007

**VIA FACSIMILE** (212) 805-7906
Honorable Judge Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/27/07

Re: *Jean-Paul Fouchecourt v. Metropolitan Opera Association, Inc. et al.*
    Civil Action No.:    07 Civ. 3778
    Our File No.:    0743-190

Dear Honorable Judge Chin:

    We represent the defendant Metropolitan Opera Association, Inc, ("The Met") in the above matter. We recently appeared for a pre-motion conference before Your Honor on September 7, 2007. At the conference, a discussion ensued as to plaintiff's claims against the defendants and specifically, the claims based on Fraud and Conspiracy. At that time, the Court encouraged the plaintiff to discontinue his claims of Fraud and Conspiracy against the defendants and directed plaintiff to decide whether he would do so no later than September 14, 2007. Based upon that date, Your Honor directed that any motions to dismiss must be made on or before October 9, 2007.

    Unfortunately, we did not hear from plaintiff's counsel on that date. In our subsequent communications with plaintiff's counsel, (who has been on trial) we were informed that he would in fact discontinue his client's Fraud and Conspiracy causes of action against The Met. However, as of this letter, although we are working on the language of a proposed Stipulation of Discontinuance, we have not yet received plaintiff's discontinuance of the subject causes of action and are uncertain as to whether we will need to move to dismiss them.

    Based on the above, The Met will require an additional period of time to file its motion to dismiss. It is respectfully requested that this Court allow an additional ten (10) days to file motions to dismiss up to and including October 19, 2007 and extend the deadlines for opposition and reply briefs accordingly.

Approved. So ORDERED.

USDJ 9/27/07

Honorable Judge Denny Chin
United States District Court
Page 2

   We thank the Court for its time and consideration of the above.

               Respectfully submitted,

               Abe M. Rychik (8618)

cc: **Via Facsimile (212) 889-3978**
  Gerard A. Connolly, Jr., Esq.
  Budin, Resiman, Kupferberg & Bernstein, LLP
  *Attorneys for Plaintiff*
  112 Madison Avenue
  New York, New York 10016

  **Via Facsimile (516) 357-3333**
  Michael Troisi, Esq.
  Rifkin Radler, LLP
  *Attorneys for Defendant Hartford Fire Insurance Company*
  926 RexCorp Plaza
  Uniondale, New York 11556-0926

59337