```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JEAN-PAUL FOUCHECOURT,                    Civil Action No.: 07 Civ. 3778

          Plaintiff,
                                          STIPULATION OF DISMISSAL
-against-                                 WITH PREJUDICE

METROPOLITAN OPERA ASSOCIATION, INC., FRANCO
ZEFFIRELLI & HARTFORD FIRE INSURANCE COMPANY,

          Defendants.
-------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Plaintiff, Jean-Paul Fouchecourt ("Plaintiff") and counsel for the Defendant, Hartford Fire Insurance Company ("Hartford" or "Defendant"), that pursuant to Fed. R. Civ. Proc. 41(a)(1), all claims by plaintiff as against Hartford in this action are dismissed with prejudice. Plaintiff's coverage rights under any insurance policy issued by Hartford shall not be affected by the discontinuance of any claims herein. Plaintiff and Hartford shall each bear their own costs, disbursements and counsel fees associated with the prosecution and/or defense of this action.

Dated: Uniondale, New York
       October 3, 2007

BUDIN REISMAN KUPFERBERG                  RIVKIN RADLER, LLP
& BERNSTEIN, LLP

By: _____               By: _____
Gerard A. Connolly, Esq. (GC-0247)        Michael A. Troisi, Esq. (MT-2002)
Attorneys for Plaintiff                   Attorneys for Defendant HARTFORD
112 Madison Avenue                        926 Rexcorp Plaza
New York, New York 10016-7416             Uniondale, New York 11556-0926
(212) 696-5500                            (516) 357-3158

So Ordered: _____
The Honorable Denny Chin

2077544 v1                                10/16/07