UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEAN-PAUL FOUCHECOURT,                          Civ No.: 07 CIV 3778 (DC)

                       Plaintiff,

-against-
                                                       **NOTICE OF MOTION**

METROPOLITAN OPERA ASSOCIATION, INC.,
FRANCO ZEFFIRELLI and HARTFORD FIRE
INSURANCE COMPANY,
                     Defendants.
------------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that upon the annexed Memorandum of Law in Support of Defendant's Motion to Dismiss, the Affidavit of Abe M. Rychik, Esq, dated October 19, 2007, and exhibits annexed thereto, Defendant Metropolitan Opera Association, Inc., will move this Court, before the Honorable Denny Chin, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, on the 27th day of November, 2007 at 9:30 a.m., for an Order dismissing Plaintiff's Complaint as a matter of law and all cross-claims in their entirety, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 19, 2007

                                            MELITO & ADOLFSEN P.C.

                                        By:_____
                                            Abe M. Rychik, Esq. (8618)
                                            Andrew N. Fluger, Esq. (4246)
                                            *Attorneys for Defendant*
                                            *Metropolitan Opera Association, Inc.*
                                            233 Broadway - 28th Floor
                                            New York, New York 10279
                                            (212)238-8900

TO:
    Gerard A. Connolly, Jr., Esq.
    Budin, Resiman, Kupferberg & Bernstein, LLP
    *Attorneys for Plaintiff*
    112 Madison Avenue
    New York, New York 10016

    Michael Troisi, Esq.
    Rifkin Radler, LLP
    *Attorneys for Defendant Hartford Fire Insurance Company*
    926 RexCorp Plaza
    Uniondale, New York 11556-0926