## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

      **DESIRAE COLLAZO**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at STATEN ISLAND, NEW YORK.

      That on the 19th day of October, 2007 deponent served the within **NOTICE OF MOTION and AFFIDAVIT IN SUPPORT** upon :

      Gerard A. Connolly, Jr., Esq.
      Budin, Resiman, Kupferberg & Bernstein, LLP
      *Attorneys for Plaintiff*
      112 Madison Avenue
      New York, New York 10016

      Michael Troisi, Esq.
      Rifkin Radler, LLP
      *Attorneys for Defendant Hartford Fire Insurance Company*
      926 RexCorp Plaza
      Uniondale, New York 11556-0926

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                                                          DESIRAE COLLAZO

**Sworn to before me this
19th day of October, 2007**

_____
    Notary Public



KAREN PHYLLIS NAUSLAR-PAPIR
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01NA6083751
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES NOVEMBER 25, 2010