# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JEAN-PAUL FOUCHECOURT,

                                        Plaintiff,

        -against-

METROPOLITAN OPERA ASSOCIATION, INC.,
and FRANCO ZEFFIRELLI,

                                        Defendants.
------------------------------------------------------------------X

                                            **STIPULATION OF**
                                            **DISCONTINUANCE OF**
                                            **FRAUD AND CONSPIRACY**

                                        Index No.: 07CIV3778

        Plaintiff hereby discontinues without costs, his claims of Fraud and Conspiracy as set

forth in his Complaint at paragraphs denominated "42", "46" through "49" and "51" through

"55" with prejudice as against the defendant Metropolitan Opera Association, Inc. and the

allegations set forth as said paragraphs are accordingly hereby withdrawn and Plaintiff's claims

of fraud and conspiracy are hereby discontinued, without costs.

Dated:  New York, New York
        September 27, 2007

                        _____
                        GERARD A. CONNOLLY, JR. (GC0247)
                        BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP
                        Attorneys for Plaintiff
                        Our File No. Y8228

                        _____
                        BY:  Abe M. Rychik, Esq. (8618)
                        MELITO & ADOLFSEN, P.C.
                        Attorneys for Defendant METROPOLITAN OPERA
                        ASSOCIATION, INC.
                        The Woolworth Building
                        233 Broadway, 28th Floor
                        New York, NY 10279-0118
                        (212) 238-8900
                        File No. 0743-190

So Ordered:

_____
        U.S.D.J.