## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                               ) ss.:
COUNTY OF NEW YORK   )


      **DESIRAE COLLAZO**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at STATEN ISLAND, NEW YORK.

      That on the 19th  day of October, 2007 deponent served the within **MEMORANDUM OF LAW IN SUPPORT OF METROPOLITAN OPERA ASSOCIATION, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** upon :

> Gerard A. Connolly, Jr., Esq.
> Budin, Resiman, Kupferberg & Bernstein, LLP
> *Attorneys for Plaintiff*
> 112 Madison Avenue
> New York, New York 10016
>
> Michael Troisi, Esq.
> Rifkin Radler, LLP
> *Attorneys for Defendant Hartford Fire Insurance Company*
> 926 RexCorp Plaza
> Uniondale, New York 11556-0926

attorneys in this action, at the addresses designated by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

                                            **DESIRAE COLLAZO**

**Sworn to before me this**
**19th  day of October, 2007**

**Notary Public**

KAREN PHYLLIS NAUSLAR-PAPIR
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01NA6083751
QUALIFIED IN RICHMOND COUNTY
COMMISSION EXPIRES NOVEMBER 26, 2010