## LAW OFFICES OF
### *Budin, Reisman, Kupferberg & Bernstein, LLP*

MARVIN REISMAN
JAY BUDIN
HARLAN S. BUDIN
ALICE KUPFERBERG
ADAM S. BERNSTEIN
PAUL D. BUDIN *
ROBERT L. BUDIN (1953-1982)
*Retired

(212) 696-5500
Fax (212) 889-3978
112 MADISON AVENUE
NEW YORK, N.Y. 10016-7416

GERARD A. CONNOLLY, JR.
RALPH GAVIN BELL
CHRISTINA M. RIEKER°
°Admitted in NY and NJ

JANICE COOK
ADMINISTRATOR

November 24, 2007

**VIA FACSIMILE (212) 805-7906 only**
Honorable Judge Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 11/26/07]

Attn: Chartey Quarcoo, Esq.

Re:     Jean-Paul Fouchecourt
        Date of Accident:    October 22, 2005
        Civil Action No.     07 Civ. 3778
        Court File No.       0743-190
        File No.             Y8228
        Adjournment of Motion noticed for November 27, 2007

Dear Honorable Judge Chin:

We represent the plaintiff in these proceedings. The defendant, Metropolitan Opera Association, Inc. is our only presently appearing defendant, from whom we have obtained consent for this application.

To clarify my earlier request, we have requested the Court's permission to extend the time for the scheduled submission of the defendant's Motion to Dismiss, now pending before Your Honor on November 27, 2007. We respectfully request that the Court set this motion down for December 18, 2007 in order to permit additional time for the plaintiff's opposition. We have agreed with the defendants that opposition will be in hand by December 7, 2007, to allow sufficient time for their reply.

The Court's consideration of this application is most appreciated.

Very truly yours,
BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP

GERARD A. CONNOLLY, JR., ESQ.

GAC/lmc

cc: Melito & Adolfsen, P.C., by fax at (212) 238-8999

11/26/07

[Handwritten note: The motion will be taken on submission. The parties need not appear. Plaintiff's opposition shall be submitted by 12/7/07; reply papers by 12/14/07. SO ORDERED. [signature]]