# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JEAN-PAUL FOUCHECOURT,

                        Plaintiff,

-against-

METROPOLITAN OPERA ASSOCIATION, INC.,
FRANCO ZEFFIRELLI and HARTFORD FIRE
INSURANCE COMPANY,
                        Defendants.
---------------------------------------------------------------X

Civ No.: 07 CIV 3778 (DC)

**CONSENT TO CHANGE ATTORNEYS**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Abe M. Rychik, Esq., of Katz & Rychik, P.C. be and hereby is substituted in as attorney of record for the Defendant Metropolitan Opera Association, Inc, in place and stead of Melito & Adolfsen, P.C.

Dated: New York, New York
November 28, 2007

By: _____
METROPOLITAN OPERA
ASSOCIATION, INC.

KATZ & RYCHIK, P.C.

By: _____
ABE M. RYCHIK, ESQ.

MELITO & ADOLFSEN, P.C.

By: _____