## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

**SANDY SINGH**, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age and resides at QUEENS, NEW YORK.

That on this 14th day of December, 2007 deponent served the within **REPLY MEMORANDUM OF LAW IN SUPPORT OF METROPOLITAN OPERA ASSOCIATION, INC.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** upon:

> Gerard A. Connolly, Jr., Esq.
> Budin, Resiman, Kupferberg & Bernstein LLP
> Attorneys for Plaintiff
> 112 Madison Avenue
> New York, New York  10016

attorneys in this action, at the above addresses to the above attorneys by said attorneys for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States post office department within the State of New York.

_____
SANDY SINGH

Sworn to before me this
14th day of December, 2007

_____
**Notary Public**

Matthew C. Mann
Notary Public of the State of New York
No. 02MA6086910
Qualified in County of Orange
My Commission Expires February 3, 20 11