Nov 29 07 03:10p

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
JEAN-PAUL FOUCHECOURT,                    Civ No.: 07 CIV 3778 (DC)

      Plaintiff,

-against-                                 CONSENT TO CHANGE
               ATTORNEYS

METROPOLITAN OPERA ASSOCIATION, INC.,
FRANCO ZEFFIRELLI and HARTFORD FIRE
INSURANCE COMPANY,
      Defendants.
---------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that Abe M. Rychik, Esq., of Katz & Rychik, P.C. be and hereby is substituted in as attorney of record for the Defendant Metropolitan Opera Association, Inc. in place and stead of Melito & Adolfsen, P.C.

Dated: New York, New York
November 28, 2007

By: _____
METROPOLITAN OPERA
ASSOCIATION, INC.

KATZ & RYCHIK, P.C.

By: _____
ABE M. RYCHIK, ESQ.

MELITO & ADOLFSEN, P.C.

By: _____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07

Approved.
SO ORDERED.

JPBJ  12/14/07