UNITED STATES SOUTHERN DIST. COURT - NEW YORK COUNTY

---

JEAN-PAUL FOUCHECOURT,

        PLAINTIFF

- vs. -

METROPOLITAN OPERA ASSOCIATION, INC. ET AL,

        DEFENDANT

---

Index No: 07 CIV 3778
Date Filed:   /   /
Office No: Y8228
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:
**BYRON ROBUSKY** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on 10/09/2007 at 4:02PM at 201 E. 66TH STREET APT. 11E , NEW YORK, NY 10021, I served the **SUMMONS AND COMPLAINT JURY TRIAL DEMAND** upon **FRANCO ZEFFIRELLI** the **DEFENDANT** therein by delivering and leaving a true copy or copies of the aforementioned documents with **'JOHN' JAMES, DOORMAN WHO REFUSED DEPONENT ENTRY TO THE PREMISES**, a person of suitable age and discretion.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: **MALE**     COLOR: **BROWN**     HAIR: **BLACK**
APP. AGE: **45**  APP. HT: **5'9**     APP. WT: **160**
OTHER IDENTIFYING FEATURES:

On **10/09/2007** I deposited in the United States mails a true copy or copies of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to said **DEFENDANT** at **201 E. 66TH STREET APT. 11E , NEW YORK, NY 10021**. That address being **last known residence, usual place of abode** of the **DEFENDANT**.

Copy mailed 1st class mail marked personal & confidential not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

Sworn to before me on 10/11/2007.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA46...0?2
Qualified in BRONX
Commission Expires 12/31/2010

BYRON ROBUSKY - 867464
SID MARKS NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP