**LAW OFFICES OF**

*Budin, Reisman, Kupferberg & Bernstein, LLP*

MARVIN REISMAN
JAY BUDIN
HARLAN S. BUDIN
ALICE KUPFERBERG
ADAM S. BERNSTEIN
PAUL D. BUDIN *
ROBERT L. BUDIN (1953-1982)
*Retired

RECE[IVED]
MAR 18 2008
JUDGE CHIN'S CHAMBERS

(212) 696-5500
Fax (212) 889-3978
112 MADISON AVENUE
NEW YORK, N.Y. 10016-7416

GERARD A. CONNOLLY, JR.
RALPH GAVIN BELL
CHRISTINA M. RIEKER⸰
⸰Admitted in NY and NJ

March 13, 2008

JANICE COOK
ADMINISTRATOR

Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007-1312
**Attention: Charety Quarcoo, Esq.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/19/08

Re:     Jean-Paul Fouchecourt v. Metropolitan Opera, Zeffirelli
        Civil Action #07 CIV 3778
        Our File No. Y8228
        Katz & Rychik File #: 0743-190

Dear Judge Chin:

We represent the plaintiff in these proceedings. We write at the suggestion of chambers.

We have had appearances in this matter on behalf of the two corporate defendants (subsequently discontinued as to the Hartford Fire Insurance Company).

To date, we have no appearance on behalf of defendant, **Franco Zeffirelli**. Waivers of Service have been forwarded to Mr. Zeffirelli at addresses where he is or was believed to have been located in Rome, New York and multiple locations in Los Angeles and substituted service was effected in Los Angeles. However, persons at some locations subsequently responded to us that Mr. Zeffirelli is personally not known to them or no longer affiliated. Some mail has been returned marked "not known", "unable to forward", "trasferito". Substitute service was later effected upon a doorman in New York at an address identified by the post office as related to his box number (after the Court extended time for service when these difficulties were discussed in conference), however, Mr. Zeffirelli has remained mute as to these attempts to gain jurisdiction. Additional service would now be beyond the time permitted under Rule 4(m), including the extension your Honor permitted at our September 2007 conference.

We have reason to believe that Mr. Zeffirelli will actually be present in New York shortly. We would like to request additional time for service of process upon Mr. Zeffirelli or guidance from the Court as to whether or not we will be required to re-file these proceedings in order to reset the service clock as to Mr. Zeffirelli. Time allowed under the New York Statute of Limitations will expire in October of this year.

The Court's consideration of this application is most appreciated. We request an additional 120 days from today in order to assure resolution of these potential jurisdictional issues.

Very truly yours,
BUDIN, REISMAN, KUPFERBERG & BERNSTEIN, LLP

GERARD A. CONNOLLY, JR. *(GC ocur)*

GAC/lmc
cc: Katz & Rychik, P.C. at Fascimilie # (212) 766-4705

3/18/08

*Plaintiff is granted 60 days from today to serve defendant Zeffirelli.*
*FINAL*
*SO ORDERED*