UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JEAN-PAUL FOUCHECOURT,                    Civ No.: 07 CIV 3778 (DC)

                              Plaintiff,

-against-                                 **NOTICE OF APPEARANCE**

METROPOLITAN OPERA ASSOCIATION, INC.,
FRANCO ZEFFIRELLI and HARTFORD FIRE
INSURANCE COMPANY,
                              Defendants.
------------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, that the law firm of Katz & Rychik P.C., hereby appears on behalf of defendant Franco Zeffirelli in the above captioned matter.

Dated: New York, New York
       March 18, 2008

                                         KATZ & RYCHIK P.C.

                                         Abe M. Rychik, Esq. (8618)
                                         Andrew N. Fluger, Esq. (4246)
                                         *Attorneys for Defendants*
                                         *Metropolitan Opera Association, Inc.*
                                         *and Franco Zeffirelli*
                                         116 John Street, 7th Floor
                                         New York, New York 10038
                                         (212) 766-4700

TO:   Gerard A. Connolly, Jr., Esq.
        Budin, Resiman, Kupferberg & Bernstein, LLP
        *Attorneys for Plaintiff*
        112 Madison Avenue
        New York, New York 10016