**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
JEAN-PAUL FOUCHECOURT,

                Plaintiff,                07 CIVIL 3778 (DC)

-against-                **JUDGMENT**

METROPOLITAN OPERA ASSOCIATION, INC.,
and FRANCO ZEFFIRELLI,

                Defendants.
-------------------------------------------------------------X

Defendant Metropolitan Opera Association, Inc. (the "Met") having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on March 24, 2008, having rendered its Memorandum Decision dismissing the complaint, with prejudice but without costs or fees, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated March 24, 2008, the complaint is dismissed, with prejudice but without costs or fees; accordingly, the case is closed.

Dated: New York, New York
         March 24, 2008

                                                  **J. MICHAEL McMAHON**
                                                      **Clerk of Court**
                    BY:
                                                        **Deputy Clerk**

 

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____